**FILED**
**04/12/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

__Quinten Wayne Ballew__

v.

(Full name of defendant(s))

__Knox County Jail__

Case Number:

__2:24-cv-00126-MPB-MG__
(to be supplied by clerk of court)

### A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)
   __2375 S. Old Decker Road__
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Knox County Jail__
   (Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Knox County Jail, 2375 S. Old Decker Road__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or about 02-23-2024, I was arrested by the Vincennes Police department after my arrest the knox county jail refused to give me my medicine knowing I have Epilepsy and Strapped me down to the restraint chair and put me in a padded cell. Shortly after I had a Seizure in the chair while I was Strapped down, and the knox jail put ammonia in my nose and put me in a regular medical cell without taking me to the

hospital.

Then again on 03-14-2024 I had a seizure and fell off my top bunk and busted my chin open and the Knox County jail refused to take me to the hospital and just held me up front and wouldn't let me shower even though I had urinated all over my mattress and myself. Now I'm suffering from migraines and severe memory loss.

C.  JURISDICTION

☒  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $1,000,000.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I Want Awarded Cash requested and I'd like the Procedure which they handle Medical issues to be examined and improved.

E.  **JURY DEMAND**

☒  Jury Demand - I want a jury to hear my case

OR

☐  Court Trial – I want a judge to hear my case

Dated this _____ day of _____ 20____.

Respectfully Submitted,

*Quinten Ballew*
Signature of Plaintiff

2012094889
Plaintiff's Prisoner ID Number

_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

*Quinten Ballew*
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

Complaint - 5

## FILING FEE

☒ **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.