UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| QUINTEN WAYNE BALLEW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-cv-00126-MPB-MG |
| KNOX COUNTY JAIL, | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Dated: July 24, 2024

*Matthew P. Brookman*
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

QUINTEN WAYNE BALLEW
Knox County Jail
2375 S. Old Decker Road
Vincennes, IN 47591